COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:           Clyde Williams v. Jirech Property Management, LP; Chi-Chung Chang

Appellate case number:    01-17-00674-CV

Trial court case number:    17-DCV-059964

Trial court:                          County Court at Law No. 3 of Fort Bend County

The Clerk of this Court's September 18, 2017 notice directed the county clerk to file an indigent clerk's record regarding the pro se appellant Clyde Williams's "Sworn Statement of Inability to Pay Costs for Appeal" ("Statement"). On October 6, 2017, the county clerk filed an indigent clerk's record containing a plaintiff's contest to affidavit of inability, filed on August 23, 2017, but no trial court's order denying the indigence claim.

Rule of Appellate Procedure 20.1 provides that a party who files such a Statement in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145." TEX. R. APP. P. 20.1(b)(1). Because appellant's claim of indigence was not overruled by the trial court, appellant is not required to pay costs in this appeal. *See id*.

Although the court reporter's September 6, 2017 info sheet stated that there was no reporter's record taken, the filing fee and the clerk's record fee have not been paid. Thus, the Clerk of this Court is **ORDERED** to deem the appellant indigent and allowed to proceed without advance payment for purposes of the filing and clerk's record fees.

Accordingly, because appellant is pro se, the Court **ORDERS** the county clerk to mail a copy of the clerk's and indigent clerk's records to appellant, at no cost to appellant, **within 20 days of the date of this Order**, and shall further certify to this Court the date when delivery is made **within 30 days** of the date of this Order.

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
                                   ☒ Acting individually    ☐ Acting for the Court
Date: October 17, 2017